UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
                                                  :
UNITED STATES OF AMERICA,            :
                                                  :          CASE NO. 1:03-CR-00431-2
                          Plaintiff,           :
                                                  :
vs.                                               :          ORDER
                                                  :          [Resolving Doc. Nos. 292; 395]
STANLEY CORNELL,                        :
                                                  :
                          Defendant.          :
                                                  :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

        Pro se petitioner Stanley Cornell has filed motions for discovery in furtherance of his

28 U.S.C. § 2255 petition for relief.  [Docs. 292; 395].  The Government has responded to

Cornell's discovery requests.  If Cornell believes that the Governments's response is insufficient,

then he must file a new motion under Federal Rule of Civil Procedure 37.  That Rule 37 motion

must identify (1) a specific description of the addition discovery Cornell seeks and (2) a specific

justification for that additional discovery.  Accordingly, the Court **DENIES AS MOOT**

Cornell's motion to compel, [Doc. 292]; **DENIES** Cornell's motion for in-camera review; and

**DENIES AS MOOT** the discovery request, [Doc. 395].

        IT IS SO ORDERED.

Dated: August 17, 2012                          s/        *James S. Gwin*
                                                      JAMES S. GWIN
                                                      UNITED STATES DISTRICT JUDGE