UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:03-cv-00431-2 |
| Plaintiff, | : | ORDER |
| v. | : | |
| STANLEY CORNELL, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Stanley Cornell serves a life sentence for drug-trafficking crimes. Now, Cornell asks the Court for a second time for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). The United States opposes. Because the parties have not filed current Cornell information, the Court **ORDERS** Cornell to supplement his motion.

Cornell is ordered to submit a current Cornell prison-discipline record,[1] the Cornell PATTERN score calculation,[2] a current Cornell progress report or other record showing Cornell education and rehabilitation,[3] and more information about Cornell's release plan, including any Cornell lawful-employment plan.[4]

Once Cornell files the supplemental information and any additional briefing, the government must reply within 14 days.

IT IS SO ORDERED.

Dated: August 1, 2023

s/ *James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[1] *See* 526-2 (current through July 22, 2020).
[2] Cornell's pro se motion refers to an exhibit showing the PATTERN calculation, but no such exhibit appears on the docket.
[3] *See* Doc. 524-3 (current through October 14, 2020).
[4] *See* Doc. 543 at 28 (PageID 2655) ("More [release-plan] information to be given at the Court's request.").