UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:03-cr-00431 |
| Plaintiff, | ORDER |
| | [Resolving Docs. 543 & 555] |
| v. | |
| STANLEY CORNELL, | |
| Defendant. | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Stanley Cornell seeks a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). Now, Cornell asks to stay these proceedings. Cornell intends to file a sentence-reduction request with his institution's warden under forthcoming Sentencing Guidelines amendments before seeking any further judicial relief.

The Court **GRANTS** the motion to stay proceedings and **DISMISSES** Cornell's sentence-reduction motion without prejudice. Ward may refile any necessary sentence-reduction motion, along with the documents listed in this Court's last order,[1] after the warden's decision issues.

IT IS SO ORDERED.

Dated: August 16, 2023          *s/  James S. Gwin*
                                JAMES S. GWIN
                                UNITED STATES DISTRICT JUDGE

---

[1] Doc. 554.