UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:03-cr-431-2 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| STANLEY CORNELL, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on May 15, 2025[1]. On June 4, 2025, Defendant Stanley Cornell appeared before Judge James S. Gwin for an Initial Appearance on that Violation Report. At that hearing, Defendant Cornell waived his right to a probable cause hearing and the court denied the Government's motion for detention.

This case was reassigned to Chief Judge Sara Lioi on June 18, 2025. On June 23, 2025, the matter was deferred until state proceedings were concluded.

A Supplemental Report was filed on September 17, 2025. The Court referred this matter to Magistrate Judge Reuben J. Sheperd to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Sheperd reported that a supervised

---

[1] Supplemental reports were filed on June 2, 2025, June 20, 2025, July 30, 2025, and October 20, 2025, to provide updates on the violations.

release violation hearing was held on October 2, 2025, at which the defendant admitted to the following violations:

1. Illicit Substance Use[2]; and
3. Failure to Comply with Standard Condition #9.

The magistrate judge filed a report and recommendation on October 2, 2025, in which the magistrate judge recommended that the court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, and 3 and further recommends that Violation number 2 be dismissed.

A final supervised release violation hearing was conducted on October 28, 2025. Present were the following: Assistant United States Attorney Joe Dangelo representing the United States; Assistant Federal Public Defender David E. Johnson, representing the defendant; the defendant Stanley Cornell, and United States Probation Officer DiAndra Gibson.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 3. Government's motion to dismiss Violation number 2 is granted.

IT IS ORDERED that the defendant's supervised release is modified to include the following additional condition:

**Alcohol Restriction:** You must not use or possess alcohol.

**Mental Health Treatment:** You must undergo a mental health evaluation and/or

---

[2] The Government moved to dismiss Violation 2, which the court granted.

participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**IT IS SO ORDERED**.

Dated: October 28, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**